**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-99-617-PHX-EHC (LOA) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (First Request) |
| Lynford Ray Sampson, | |
| Defendant. | |

Upon motion of the defendant, the government not objecting and good cause appearing therefore,

IT IS HEREBY ORDERED that the Preliminary Revocation Hearing and Detention Hearing currently scheduled for Friday, March 31, 2006, is continued to Thursday, April 6, 2006 at 1:30 p.m. in Phoenix, Arizona before Magistrate Judge Virginia Mathis, Courtroom 303..

DATED this 31st day of March, 2006.

Lawrence O. Anderson
United States Magistrate Judge